# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 18-13063-EPK
Chapter 7

DAVID H. FAGENSON

     Debtor.     /

## MOTION TO DISMISS CHAPTER 7 CASE

COMES NOW, DEBTOR, DAVID H. FAGENSON, by and through his undersigned Counsel, and files this Motion to Dismiss Chapter 7 Case, and as grounds therefor would state as follows:

1. On March 16, 2018, the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. The Debtor has re-evaluated his decision to file bankruptcy, and believes it to be in the best interests of all parties to resolve his debts outside of bankruptcy.

3. No creditor will be harmed by the relief requested herein.

4. Debtor consents to entry of an 18-month prejudice period as to filing a case under Title 11 of United States Code.

**WHEREFORE**, Debtor respectfully requests this Court enter an Order dismissing his Chapter 7 case, and for such other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that the foregoing Motion has been forwarded this 21st day of August, 2018, by electronic mail and/or U.S. Mail to all the parties listed on the attached Service List.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

MARKARIAN & HAYES
2925 PGA Blvd., Suite 204
Palm Beach Gardens, FL  33410
(561) 626-4700
(561) 627-9479-fax

By:   */s/Malinda L. Hayes*_____
     MALINDA L. HAYES, ESQ.
     Florida Bar No. 0073503

## SERVICE LIST

**Notice provided by Electronic Mail to:**
- Heidi A Feinman Heidi.A.Feinman@usdoj.gov
- Malinda L Hayes, Esq. malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- Deborah Menotte menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Lindsey Savastano Lsavastano@logs.com, electronicbankruptcynotices@logs.com

**Notice provided by U.S. Mail to:**
David H. Fagenson
4120 Venetia Way
Palm Beach Gardens, FL 33458

Synchrony Bank
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541

All creditors and interested parties on this Court's List of Creditors as attached hereto.

X:\WPDOCS\Client Matters\Fagenson, David H\Pleadings\MOTION.Dismiss Case.Docx